■ In the Matter of STATE OF NEW YORK, Respondent, v CHARLES GRANT, Appellant, for Civil Management Under Article 10 of the Mental Hygiene Law. [896 NYS2d 700]—Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered March 26, 2009 in a proceeding pursuant to Mental Hygiene Law article 10. The order, inter alia, determined that respondent is a sex offender requiring strict and intensive supervision and treatment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Respondent appeals from an order pursuant to Mental Hygiene Law article 10 determining that he is a sex offender requiring strict and intensive supervision and treatment (SIST) and releasing him under the conditions of a prior order imposing a regimen of SIST. Respondent is not aggrieved by the order appealed from inasmuch as he stipulated to the terms of

it, and the appeal therefore must be dismissed (*see* CPLR 5511; *Matter of State of New York v Cuevas*, 49 AD3d 1324, 1326-1327 [2008]). In addition, the appeal has been rendered moot by a subsequent order pursuant to Mental Hygiene Law article 10 directing the confinement of respondent as a dangerous sex offender (*see generally People ex rel. Maldonado v Williams*, 67 AD3d 1328 [2009]), and the exception to the mootness doctrine does not apply herein (*cf. Cuevas*, 49 AD3d at 1325-1326; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Scudder, P.J., Sconiers, Green and Gorski, JJ.